**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7424**

———————

PAUL DAVID GEORGE,

                                    Petitioner - Appellant,

        versus

GEORGE TRENT, Warden,

                                    Respondent - Appellee,

        and

WEST VIRGINIA DEPARTMENT OF CORRECTIONS,

                                    Respondent.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, Chief District Judge.  (CA-97-328)

———————

Submitted:  November 20, 1997      Decided:  December 11, 1997

———————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

Paul David George, Appellant Pro Se. Darrell V. McGraw, Jr., Dawn Ellen Warfield, Molly Margaret McGinley, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. George v. Trent, No. CA-97-328 (S.D.W. Va. Sept. 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2